UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-60670

INDIAN RIVER MERCHANT SERVICES, LLC,

    Plaintiff,

v.

RYAN NOLTE; *et al.,*

    Defendants.

## ROCKET ONE CAPITAL, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, ROCKET ONE CAPITAL, LLC, by and through their undersigned counsel, and pursuant to Rule 7.1, Federal Rules of Civil Procedure, as well as the Court's Order to File Certificate of Interested Persons [DE 5], hereby states as follows:

1. Any and all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case are, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    (a) Rocket One, Capital LLC (Defendant);

    (b) Michael Shvartsman (Defendant);

    (c) Andrew M. Feldman and Neil D. Kodsi, with Feldman Kodsi (Counsel for Defendants, Transact First, Inc., One Pay Cloud, LLC, Rocket One Capital, LLC, Michael Shvartsman, Bruce Garelick, Oksana Moore, Eric Hannelius, and Encompay, Inc.); and

    (d) Zachary P. Hyman with Millenial Law (Counsel for Plaintiff).

2. The parent corporation of Defendant, Rocket One Capital, LLC ("ROC") is Rocket Holdings LLC and no publicly held corporation owns 10% or more of its stock.

3. Except as otherwise disclosed herein, ROC is not aware of any other person, attorney, association of persons, firm, law firm, partnership, or corporation that may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, or publicly traded companies.

4. ROC is also unaware of any other actual or potential conflict of interest involving the District Judge or Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted,

By: /s/ *Neil D. Kodsi*
Andrew M. Feldman, Esquire
Florida Bar No.: 161969
AFeldman@FeldmanKodsi.com

Neil D. Kodsi, Esquire
Florida Bar No.: 11255
NKodsi@FeldmanKodsi.com

**FELDMAN KODSI**
8325 NE 2nd Ave., Suite 204
Miami, FL 33138
Telephone: (305) 445-2005
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

**FELDMAN KODSI**
*Attorneys for Defendants*
8325 NE 2nd Ave., Suite 204
Miami, Florida 33138
Tel: 305-445-2005

By: */s/ NEIL D. KODSI*
Andrew M. Feldman
Florida Bar No.: 161969
eMail: AFeldman@FeldmanKodsi.com

Neil D. Kodsi
Florida Bar No.: 11255
eMail: NKodsi@FeldmanKodsi.com