**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:2025cv60670

INDIAN RIVER MERCHANT SERVICES, LLC,

       Plaintiff,

 v.

RYAN NOLTE; CHRISTOPHER AKEL;
SAMANTHA MARTON; OKSANA MOORE;
TRANSACT FIRST, INC.; ONE PAY CLOUD,
LLC; SKYLIGHT PROCESSING, LLC; ROCKET
ONE  CAPITAL, LLC; I-POS SYSTEMS, LLC
d/b/a DEJAVOO; DENOVO SYSTEMS, LLC;
MICHAEL SHVARTSMAN; ERIC HANNELIUS,
BRUCE GARELICK; SHLOMO ZENOU a/k/a
MONY ZENOU; and ENCOMPANY INC.,

       Defendants.

_____/

### DEFENDANTS I-POS SYSTEMS, LLC, DENOVO SYSTEMS, LLC AND SHLOMO ZENOU'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Defendants I-POS Systems, LLC, Denovo Systems, LLC, and Shlomo Zenou ("Defendants") hereby move this Court for an Order substituting Jordan Michael Krasner, Esq., of Global Legal Law Firm, PLLC ("the Firm") as counsel of record for Defendants in place of Alex E. Glassman, Esq. and Anthony J. Aragona, III, Esq.. Defendants respectfully state as follows:

1.      Defendants request to substitute Jordan Michael Krassner, Esq., of Global Legal Law Firm, PLLC, as counsel of record in place of Alex E. Glassman, Esq. and Anthony J. Aragona, III, Esq. who are now no longer associated with the Firm. Defendants further request that Alex E. Glassman, Esq. and Anthony J. Aragona, III, Esq. be relieved of all further responsibility for the representation of Defendants in this matter. Mr. Glassman and Mr. Aragona consent to be so relieved, as indicated by their signatures below.

2.      Defendants further request that all future correspondence served upon Defendants be furnished to Jordan Michael Krassner, Esq., of Global Legal Law Firm, PLLC.

3.      Defendants have provided written consent to this substitution, acknowledging that Jordan Michael Krassner, Esq., of Global Legal Law Firm PLLC, will serve as counsel of record. Defendants made this decision voluntarily and after being fully informed of their rights. A copy of the Defendants' written consent is attached hereto as **Exhibit A.**

4.      This substitution will not cause any delay in the proceedings, nor will it prejudice any party. The undersigned counsel certifies that Defendants' counsel have met and conferred with Plaintiff's counsel, who does not object to this substitution.

5.      The undersigned counsel hereby certifies that Defendants have been provided notice of this stipulation and consent to the substitution of counsel.

**WHEREFORE,** Defendants I-POS Systems, LLC, Denovo Systems, LLC and Shlomo Zenou, respectfully request that the Court grant this Stipulation for Substitution of Counsel, immediately substituting Jordan Michael Krassner, Esq. as counsel of record for Defendants and granting leave for Alex E. Glassman, Esq. and Anthony J. Aragona, III, Esq. to withdraw as counsel in this action, together with such other and further relief this Court deems just and proper.

Dated:  October 29, 2025                    Respectfully submitted,

By:  */s/ Jordan Michael Krassner*
     Jordan Michael Krassner, Esq.
     Florida Bar Number: 117524
     **GLOBAL LEGAL LAW FIRM PLLC**
     900 N Federal Hwy., Suite 370
     Boca Raton, Florida 33432
     Telephone: (760) 459-1757
     jkrassner@attorneygl.com

     *Attorney for Defendants,*

*I-POS Systems, LLC d/b/a Dejavoo*
*Denovo Systems, LLC*
*Shlomo Zenou*

CONSENT:

_____        _____
ALEX E. GLASSMAN, ESQ.                ANTHONY J. ARAGONA, III, ESQ.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 29, 2025, I electronically filed the foregoing Notice of Change of Address with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jordan Michael Krassner*
Jordan Michael Krassner, Esq.
